ACCEPTED
03-15-00118-CV
7046375
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/22/2015 7:19:54 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00118-CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/22/2015 7:19:54 PM
JEFFREY D. KYLE
Clerk

*TEXAS QUARTER HORSE ASSOCIATION; TEXAS THOROUGHBRED ASSOCIATION; TEXAS HORSEMEN'S PARTNERSHIP; GILLESPIE COUNTY FAIR AND FESTIVALS ASSOCIATION, INC.; GLOBAL GAMING LSP, LLC d/b/a LONE STAR PARK AT GRAND PRAIRIE; and SAM HOUSTON RACE PARK, LLC,*

*Appellants*

*v.*

*AMERICAN LEGION DEPARTMENT OF TEXAS, TEMPLE POST 133, et al.; KICKAPOO TRADITIONAL TRIBE OF TEXAS; THOMPSON ALLSTATE BINGO SUPPLY, INC.; and MOORE SUPPLIES, INC.,*

*Appellees*

## *JOINT* MOTION TO SET BRIEFING SCHEDULE

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Tex. R. App. P. 2 and 10.1, the parties move this Court to set a briefing schedule for Appellees' Motion to Dismiss Appeal. The parties further move this Court to postpone briefing on the merits until this Court either rules on the Motion to Dismiss or, alternatively, announces that the motion will be carried with the case.

In support of their request, the parties would show the following:

1. The District Court for the 53d Judicial District in Austin signed its final judgment in *American Legion Department of Texas, Temple Post 133, et al. v. Texas Racing Commission, et al.*, No. D-1-GN-14-003700, on December 3, 2014. On December 23, 2014, Appellants moved to modify the judgment, which the district court denied on January 21, 2015. Appellants filed their notice of appeal on February 20, 2015.

2. Appellees moved to dismiss the appeal on May 6, 2015. After this Court granted Appellants' unopposed request for a thirty-day extension, their response to Appellees' Motion to Dismiss was due June 17, 2015.

3. On June 17, 2015, this Court granted Appellants' Unopposed Motion to Abate Appeal for ninety days. The abatement ended September 15, 2015.

4. The parties respectfully request that this Court set November 2, 2015 as the deadline for Appellants' response to Appellees' Motion to Dismiss. The parties also request that this Court set November 23, 2015 as the deadline for Appellees' reply in support of their Motion to Dismiss.

5. The parties further request that this Court consider Appellees' Motion to Dismiss prior to commencement of the briefing on the merits. If, after Appellees' reply on their Motion to Dismiss is filed, this Court either denies Appellees' Motion to Dismiss or decides to carry it with the case, the parties would request that the Court then issue a briefing schedule on the merits.

WHEREFORE, PREMISES CONSIDERED, the parties pray that this Court grant their motion to set a briefing schedule for Appellees' Motion to Dismiss, with Appellants' response due November 2, 2015 and Appellees' reply due November 23, 2015. The parties further request that this Court postpone briefing on the merits until this Court either rules on the Motion to Dismiss or, alternatively, announces that the motion will be carried with the case. The parties also request such other and further relief to which they may be entitled.

DATED:    September 22, 2015

By: /s/ Raymond E. White (w/ permission)
      Raymond E. White

Raymond E. White
State Bar NO: 21321950
MCGINNIS, LOCHRIDGE & KILGORE, LLP
600 Congress Avenue, Suite 2100
Austin, Texas 78701
Tel:  (512) 495-6035
Fax:  (512) 505-6331
*rwhite@mcginnislaw.com*

COUNSEL FOR APPELLEE KICKAPOO
TRADITIONAL TRIBE OF TEXAS

Anatole Barnstone
State Bar No.: 00793308
OFFICE OF ANATOLE BARNSTONE
713 West 14th Street
Austin, Texas 78701
Phone:  (512) 327-2600
Fax:  (512) 482-8095
*barnstonelaw@gmail.com*

--and--

Stephen Fenoglio
State Bar No: 06904600
Attorney and Counselor at Law
713 West 14th Street
Austin, Texas 78701
Tel:  (512) 347-9944
Fax:  (512) 482-8095
*jsfenoglio@fenogliolaw.com*

COUNSEL FOR APPELLEE AMERICAN
LEGION DEPARTMENT OF TEXAS

Respectfully submitted,

By: /s/ J. Bruce Bennett
      J. Bruce Bennett

J. Bruce Bennett
State Bar No. 02145500
John A. Cardwell
State Bar No. 03791200
CARDWELL, HART & BENNETT, LLP
807 Brazos, Suite 1001
Austin, Texas  78701
Tel:  (512) 322-0011
Fax:  (512) 322-0808
*cardwell53@earthlink.net*
*jbb.chblaw@me.com*

--and--

Dudley D. McCalla
State Bar No. 13354000
JACKSON WALKER, LLP
100 Congress Avenue Suite 1100
Austin, Texas 78701-0000
Tel:  (512) 236-2071
Fax:  (512) 236-2002
*dmccalla@jw.com*

COUNSEL FOR APPELLANT GLOBAL GAMING
LSP, LLC D/B/A LONE STAR PARK AT
GRAND PRAIRIE

Robert G. Hargrove
State Bar No. 24032391
Ana Maria Marsland Griffith
State Bar No. 13049300
OSBORN, GRIFFITH & HARGROVE
515 Congress Ave., Suite 2450
Austin, Texas 78701

Terry L. Scarborough
State Bar No.: 17716000
HANCE, SCARBOROUGH LLP
400 West 15th Street, Suite 950
Austin, Texas 78701
Tel: (512) 479-8888
Fax: (512) 482-6891
*tscarborough@hslawmail.com*

COUNSEL FOR APPELLEES THOMPSON
ALLSTATE BINGO SUPPLY, INC. AND
MOORE SUPPLIES, INC.

Tel: (512) 476-3529
Fax: (512) 476-8310
*rob@texasenergylaw.com*
*anamaria@texasenergylaw.com*

COUNSEL FOR APPELLANTS TEXAS
QUARTER HORSE ASSOCIATION, TEXAS
THOROUGHBRED ASSOCIATION, AND TEXAS
HORSEMEN'S PARTNERSHIP

Martha S. Dickie
State Bar No. 00000081
Boone Almanza
State Bar No. 01579001
ALMANZA, BLACKBURN & DICKIE, LLP
2301 South Capital of Texas Highway,
Building H
Austin, Texas 78746
Tel: (512) 478-9486
Fax: (512) 478-7151
*mdickie@abdlawfirm.com*
*balmanza@abdlawfirm.com*

COUNSEL FOR APPELLANT GILLESPIE
COUNTY FAIR AND FESTIVALS
ASSOCIATION, INC.

James C. Ho
State Bar No. 24052766
Bradley G. Hubbard
State Bar No. 24090174
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201
Tel: (214) 698-3100
Fax: (214) 571-2934
*jho@gibsondunn.com*
*bhubbard@gibsondunn.com*

COUNSEL FOR APPELLANT SAM HOUSTON
RACE PARK, LLC

## CERTIFICATE OF SERVICE

I certify that a true copy of foregoing Motion was served via electronic means on all counsel of record in this case on this 22 day of September 2015:

/s/ J. Bruce Bennett
J. Bruce Bennett